UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW QUIRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SPECIALTY COMMODITIES, INC., et al.,<br><br>    Defendants. | Case No.  17-cv-03300-BLF<br><br>**ORDER SETTING DEADLINE OF SEPTEMBER 28, 2018 FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT OR STATUS REPORT RE SETTLEMENT** |

On July 2, 2018, Plaintiff filed a Notice of Settlement & Stipulation to Vacate All Deadlines and Hearings (ECF 31), which was approved by the Court on the same date (ECF 32). Plaintiff represented that he would file a motion for preliminary approval of class action settlement within 60 days.  More than 60 days have elapsed and Plaintiff has not done so.

Plaintiff SHALL file a motion for preliminary approval of class action settlement, or a status report regarding settlement, on or before September 28, 2018.

**IT IS SO ORDERED.**

Dated:  September 18, 2018

_____
BETH LABSON FREEMAN
United States District Judge