United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW QUIRUZ, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALTY COMMODITIES, INC., et al.,<br><br>Defendants. | Case No. 17-cv-03300-BLF<br><br>**ORDER DIRECTING PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT OR A STATUS REPORT ON OR BEFORE DECEMBER 13, 2018** |

On July 2, 2018, the parties filed a stipulated request to vacate the case schedule, stating that a settlement had been reached and that a motion for preliminary approval of class action settlement would be filed within 60 days of the Court's order approving the stipulation. *See* Stipulation, ECF 32. The Court issued an order approving the stipulation on the same date. *See* Order, ECF 32. On September 18, 2 018, after more than 60 days had elapsed, the Court set a deadline of September 28, 2018 for the Plaintiff to file a preliminary approval motion or a status report re settlement. *See* Order Setting Deadline, ECF 34. Plaintiff filed a status report on September 27, 2018, which the Court approved the following day, indicating that a preliminary approval motion would be filed shortly thereafter. *See* Joint Status Report, ECF 35; Order Approving Joint Status Report, ECF 37. More than 60 days have elapsed since then, and nothing further has been filed.

Plaintiff shall file a motion for preliminary approval or a status report on or before December 13, 2018.

**IT IS SO ORDERED.**

Dated: November 29, 2018

_____
BETH LABSON FREEMAN
United States District Judge