# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANDREW QUIRUZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SPECIALTY COMMODITIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03300-BLF<br><br>**ORDER DIRECTING PLAINTIFF TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT OR A FURTHER STATUS REPORT ON OR BEFORE FEBRUARY 1, 2019** |

　　　　At the Court's request, the parties filed a status report re settlement on December 13, 2018. The parties represent that a proposed class action settlement will be finalized before the end of December 2018 and that a motion for preliminary approval of class action settlement will be filed shortly thereafter.

　　　　Plaintiff shall file a motion for preliminary approval of class action settlement or a further status report on or before February 1, 2019.

　　　　**IT IS SO ORDERED.**

Dated: December 14, 2018

_____
BETH LABSON FREEMAN
United States District Judge