# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ANDREW QUIRUZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SPECIALTY COMMODITIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03300-BLF<br><br>**ORDER DENYING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITHOUT PREJUDICE**<br><br>[Re: ECF 47] |

Plaintiff's Motion for Preliminary Approval of Class Action Settlement is DENIED WITHOUT PREJUDICE for the reasons stated at the hearing on June 27, 2019. Of particular concern to the Court, the settlement is intended to release a claim under the Fair Labor Standards Act which has not yet been pled, although Plaintiff has indicated that a second amended complaint adding such a claim will be filed. Additionally, the Court has not been provided with a copy of the signed settlement agreement. Plaintiff's counsel stated at the hearing that these and the other deficiencies in the motion will be rectified in a renewed motion for preliminary approval.

**IT IS SO ORDERED.**

Dated: June 27, 2019

_____
BETH LABSON FREEMAN
United States District Judge