# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANDREW QUIRUZ, <br><br> Plaintiff, <br><br> v. <br><br> SPECIALTY COMMODITIES, INC., et al., <br><br> Defendants. | Case No. 17-cv-03300-BLF <br><br> **ORDER DIRECTING PLAINTIFF TO FILE A STATUS REPORT RE SETTLEMENT ON OR BEFORE OCTOBER 11, 2019** |

On June 27, 2019, the Court denied without prejudice Plaintiff's Motion for Preliminary Approval of Class Action Settlement, which had been heard that day. *See* Order Denying Motion for Preliminary Approval, ECF 58. The Court stated that it could not grant the motion for a number of reasons, noting that the Court had not been provided with a copy of the signed settlement agreement, and the settlement was intended to release a claim under the Fair Labor Standards Act that had not yet been pled. *See id.* Plaintiff's counsel stated at the hearing that these and other deficiencies highlighted by the Court would be rectified in a renewed motion for preliminary approval. *See id.* However, three months have elapsed and no renewed motion has been filed.

Plaintiff shall file a status report re settlement on or before October 11, 2019.

**IT IS SO ORDERED.**

Dated: September 27, 2019

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge