UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW QUIRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SPECIALTY COMMODITIES, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-03300-BLF<br><br>**ORDER DIRECTING PLAINTIFF TO FILE AMENDED MOTION FOR PRELIMINARY APPROVAL, OR STATUS REPORT RE SETTLEMENT, ON OR BEFORE NOVEMBER 19, 2019** |

On October 11, 2019, Plaintiff filed a Report Regarding Status of Filing First Amended Motion for Preliminary Approval of Proposed Class Action Settlement, indicating that Plaintiff expected to file an amended preliminary approval motion within fourteen days. *See* ECF 63. Double that time has elapsed, and Plaintiff has not filed an amended motion.

Plaintiff shall file an amended motion for preliminary approval of class action settlement, or a status report re settlement, on or before November 19, 2019.

**IT IS SO ORDERED.**

Dated: November 12, 2019

_____
BETH LABSON FREEMAN
United States District Judge