UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW QUIRUZ,<br><br>        Plaintiff,<br><br>v.<br><br>SPECIALTY COMMODITIES, INC., et al.,<br><br>        Defendants. | Case No. 17-cv-03300-BLF<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS FOR MOTION FOR PRELIMINARY APPROVAL**<br><br>[Re: ECF 65] |

Plaintiff's motion for leave to exceed the 25-page limit for his motion for preliminary approval is GRANTED IN PART. The Court rarely grants extensions of page limits, and it does not find good cause for the 46-page brief requested here. However, given Plaintiff's representations regarding the complexity of the issues in this case, the Court will extend Plaintiff's page limits by 5 pages to permit him to file a 30-page brief. Plaintiff shall comply with the Civil Local Rules and this Court's Standing Order Re Civil Cases, and in particular this Court's prohibition on excessive footnotes and requirement that all written text, including footnotes and quotations, be no less than 12-point font and double-spaced. *See* Standing Order Re Civil Cases ¶¶ IV.E, F.

**IT IS SO ORDERED.**

Dated: November 18, 2019

_____
BETH LABSON FREEMAN
United States District Judge