Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
William M. Pao (SBN 219846)
william@setarehlaw.com
Alexandra R. McIntosh (SBN 320904)
alex@setarehlaw.com
SETAREH LAW GROUP
315 Beverly Drive, Suite 315
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Attorneys for Plaintiff ANDREW QUIRUZ

**APPROVED**
*Beth Labson Freeman*
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW QUIRUZ, on behalf of himself, all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>SPECIALTY COMMODITIES, INC, a North Dakota corporation; ARCHER-DANIELS-MIDLAND COMPANY, a business entity form unknown; and DOES 1-100, inclusive,<br><br>*Defendants.* | Case No.: 5:17-cv-03300-BLF<br><br>Assigned For All Purposes to the Honorable Beth Labson Freeman, Courtroom 3<br><br>**PLAINTIFF'S SECOND REPORT REGARDING STATUS OF FILING FIRST AMENDED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>Courtroom:    Courtroom 3<br>Judge:             Hon. Beth L. Freeman<br><br>Action Filed:      May 3, 2017<br>Date of Removal: June 7, 2017 |

Plaintiff ANDREW QUIRUZ ("Plaintiff"), by and through his counsel of record, submits the following Second Report regarding the status of filing of Plaintiff's First Amended Motion for Preliminary Approval of Class and Collective Action Settlement and Certification of Settlement Class (the "Motion).

Since this Court's denial of Plaintiff's Motion for Preliminary Approval on June 27, 2019, the Parties have (1) met and conferred at length regarding how best to revise the settlement agreement and address the concerns raised by this Court during the June 27, 2019 hearing; (2) conducted research into the FLSA release and other issues raised by this Court during the blank hearing (3) drafted and executed a Stipulation of Settlement of Class Action Claims and Release of Claims; (4) obtained revised bids from various settlement administrators; and (5) exchanged multiple drafts of Plaintiff's First Amended Motion for Preliminary Approval of Class Action Settlement.

On November 15, 2019, and pursuant to Local Rule 7-11, Plaintiff filed a motion with this Court for leave to exceed the page limitations specified in Local Rule 7-4. Accordingly, this Court granted in part Plaintiff's motion to file his Motion of up to 30 pages.

Due to the necessity of eliminating more than 16 pages to the Motion, as well as Plaintiff's counsel unavailability (*see* Declaration of William M. Pao filed concurrently with this Report) to attend full-day depositions in at least three other matters and required travel for a Court-ordered Case Management Conference in San Jose, California, as well as the upcoming Thanksgiving holidays, Plaintiff respectfully request that this Court continue the deadline by which Plaintiff shall file his Motion through December 6, 2019.

DATED: November 18, 2019                SETAREH LAW GROUP

                                        */s/ William M. Pao*
                                        SHAUN SETAREH
                                        WILLIAM M. PAO
                                        ALEXANDRA R. MCINTOSH
                                        Attorneys for Plaintiff,
                                        ANDREW QUIRUZ

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November 2019, a true and correct copy of the foregoing document was filed via the court's CM/ECF filing system and a copy was delivered via the same on all attorneys of record.

/s/ Shaun Setareh

PLAINTIFF'S SECOND REPORT REGARDING STATUS OF FILING FIRST AMENDED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

1 | Shaun Setareh (SBN 204514)
  | shaun@setarehlaw.com
2 | William M. Pao (SBN 219846)
  | william@setarehlaw.com
3 | Alexandra R. McIntosh (SBN 320904)
  | alex@setarehlaw.com
4 | SETAREH LAW GROUP
  | 315 Beverly Drive, Suite 315
5 | Beverly Hills, California 90212
  | Telephone: (310) 888-7771
6 | Facsimile: (310) 888-0109

7 | Attorneys for Plaintiff ANDREW QUIRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ANDREW QUIRUZ, on behalf of himself, all others similarly situated, | Case No.: 5:17-cv-03300-BLF |
|---|---|
| *Plaintiff,* | Assigned For All Purposes to the Honorable Beth Labson Freeman, Courtroom 3 |
| vs. | **DECLARATION OF WILLIAM M. PAO IN SUPPORT OF PLAINTIFF'S SECOND REPORT REGARDING STATUS OF FILING FIRST AMENDED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** |
| SPECIALTY COMMODITIES, INC, a North Dakota corporation; ARCHER-DANIELS-MIDLAND COMPANY, a business entity form unknown; and DOES 1-100, inclusive, | |
| *Defendants.* | |
| | Action Filed:  May 3, 2017<br>Date of Removal:  June 7, 2017 |

Case No.: 5:17-cv-03300-BLF    *Quiruz v.Specialty Commodities, Inc., et al.*
**PLAINTIFF'S SECOND REPORT REGARDING STATUS OF FILING OF FIRST AMENDED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

# DECLARATION OF WILLIAM M. PAO

I, William M. Pao, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and attorney of record for Plaintiff Andrew Quiruz ("Plaintiff") in this action against Defendants Speciality Commodities, Inc. and Archer-Daniels-Midland Company (both referred to as "Defendants"). The matters stated in this declaration are true of my own personal knowledge, except as to those matters stated on information and belief and as to those matters, I believe them to be true. If called as a witness, I would testify competently to them under oath.

2. I am counsel of record in the following matters with depositions scheduled to take place:

   (a) November 19, 2019 (*Reid v. ESA Management, LLC*, No. 4:18-cv-02550-JSW);

   (b) November 20, 2019 (*Suttles v. USR Systems LLC, et al.*, No. 19CV341022);

   (c) November 21, 2019 (Pacific Bell Wage and Hour Cases, JCCP No. 5017).

3. I will also be traveling on November 22, 2019 to attend a Court-ordered Compliance Hearing in *Emetoh v. Fedex Freight, Inc.*, No. 17-cv-07272-YGR.[1]

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of November 2019, in Beverly Hills, California.

*/s/ William M. Pao*
William M. Pao

---

[1] This should be taken off-calendar as Plaintiff filed his Motion for Preliminary Approval on November 15, 2019. However, as of the date of this Report, the Compliance Hearing remains on calender.

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November 2019, a true and correct copy of the foregoing document was filed via the court's CM/ECF filing system and a copy was delivered via the same on all attorneys of record.

*/s/ Shaun Setareh*