UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW QUIRUZ, individually, and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPECIALTY COMMODITIES, INC., a North Dakota corporation; ARCHER-DANIELS-MIDLAND COMPANY, a business entity form unknown; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 5:17-cv-03300-BLF<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO APPEAR TELEPHONICALLY AT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT HEARING **AS MODIFIED BY THE COURT**<br><br>Action Filed:     May 3, 2017<br>Date of Removal: June 7, 2017 |

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR TELEPHONIC APPEARANCE

The Court, having considered Defendants' Motion request to appear by telephone at the hearing on Plaintiff's Motion for Preliminary Approval of Class and Collective Action Settlement, currently set for April 2, 2020 at 9:00 a.m., and finding good cause therefore, hereby grants Defendants' Motion. To facilitate public access to the hearing, the Court orders that telephonic appearances shall be made via direct dial-in instead of Court Call.  To join the hearing, call (888) 278-0296 and use the following access code when prompted:  9795027.  Persons joining the hearing are to dial in at least 5 minutes before the hearing for check-in.  If possible, a land line should be used rather than a cellular telephone.

**IT IS SO ORDERED.**

Dated: __March 20_____, 2020

*/s/ Beth Labson Freeman*
Hon. Beth Labson Freeman
U.S. District Judge