1  Shaun Setareh (SBN 204514)
     shaun@setarehlaw.com
2  William M. Pao (SBN 219846)
     william@setarehlaw.com
3  Alexandra R. McIntosh (SBN 320904)
     alex@setarehlaw.com
4  SETAREH LAW GROUP
   315 South Beverly Drive, Suite 315
5  Beverly Hills, California 90212
   Telephone (310) 888-7771
6  Facsimile (310) 888-0109

7  Attorneys for Plaintiff
   ANDREW QUIRUZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANDREW QUIRUZ, on behalf of himself, all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>SPECIALTY COMMODITIES, INC., a North Dakota corporation; ARCHER DANIELS MIDLAND COMPANY, a business entity form unknown; and DOES 1 through 100, inclusive,<br><br>*Defendants*. | Case No. 5:17-cv-03300-BLF<br><br>Assigned For All Purposes To The Honorable Beth Labson Freeman, Courtroom 3<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Filed Concurrently with Plaintiff's First Amended Notice of Motion and Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class, and Declaration of Shaun Setareh]<br><br>Date: April 2, 2020<br>Time: 9:00 a.m.<br>Place: Courtroom 3<br><br>Action Filed: May 3, 2017<br>Date of Removal: June 7, 2017 |

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

# [~~PROPOSED~~] ORDER

Plaintiff ANDREW QUIRUZ ("Plaintiff") Motion for Preliminary Approval of Class Action Settlement came on regularly for hearing before the Honorable Beth Labson Freeman.

After full consideration of all the materials filed in support of the Motion, and GOOD CAUSE APPEARING THEREFROM, the Court makes the following findings and orders:

1. The Court **GRANTS** preliminary approval of the Settlement pursuant to Fed. R. Civ. Proc. 23 based upon the terms set forth in the Settlement Agreement ("Settlement" or "Settlement Agreement") attached to the Declaration of Shaun Setareh.

2. The Settlement as proposed appears to be fair and reasonable and to provide significant benefit to the Settlement Classes and the California FLSA Collective.

3. The Settlement was reached through good faith and arm's length negotiation with the assistance of an experienced mediator.

4. Named Plaintiff ANDREW QUIRUZ is a suitable class representative and is appointed as the Class Representative for the Settlement Class.

5. Named Plaintiff's counsel, Shaun Setareh and William M. Pao of the Setareh Law Group, is experienced in matters of this nature and is appointed as Class Counsel for the Settlement Class.

6. The proposed Settlement Class and the California FLSA Collective defined in the Settlement are provisionally certified for purposes of the settlement only.

7. The notice provision in the Settlement is constitutionally sound because individual notices will be mailed to all class members whose identities are known to the parties, and such notice is the best notice practicable. The proposed Notice of Class Action Settlement (filed as ECF Nos. 88 and 89) is sufficient to inform Class Members of the terms of the Settlement, their rights under the Settlement, their rights to object to the Settlement, their rights to dispute their number of workweeks, and their rights to elect not to participate in the Settlement; the processes for doing so; and the date and location of the final approval hearing, and are therefore approved.

8. A Final Approval Hearing on the question of whether the proposed Settlement, attorneys' fees and costs to Class Counsel, payment to the Labor & Workforce Development Agency, and the Named Plaintiffs' enhancement awards should be finally approved as fair, reasonable, and adequate as to the members of the Class is scheduled in Courtroom 3 of this Court on September 10, 2020 at 9:00 a.m.

9. The Court approves, as to form and content, the Notice of Class Action Settlement, in substantially the forms filed at ECF Nos. 88 and 89. The Court approves the procedure for Settlement Class members to participate in, to opt out of, and to object to, the Settlement as set forth in the Class Notice.

10. The Court directs the mailing of the Class Notice Packet to all Settlement Class members by First-Class Mail.

11. To facilitate administration of the Settlement pending final approval, the Court hereby enjoins Plaintiffs and all Settlement Class members from filing or prosecuting any claims, suits or administrative proceedings regarding claims released by the Settlements unless and until such Settlement Class members have filed valid written requests for exclusion with the Settlement Administrator and the time for filing claims with the Settlement Administrator has elapsed.

12. The Court orders the following Implementation Schedule for further proceedings:
    a. Deadline for Defendants to submit Settlement Class Member contact information to Settlement Administrator: April 24, 2020.
    b. Deadline for Settlement Administrator to mail the Class Notice Packet to Settlement Class Members: May 15, 2020.
    c. Deadline for submission of California FLSA Collective Opt-In Consent Forms: June 30, 2020.
    d. Deadline for Settlement Class Members to postmark Requests for Exclusion, and disputes regarding the number of workweeks/paystubs: June 30, 2020

2
[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

e. Deadline for Settlement Class Members to postmark Objection to settlement: August 20, 2020.

f. Deadline for Class Counsel to file Motion for Final Approval of Class Action Settlements: August 6, 2020

g. Final Fairness and Approval Hearing: September 10, 2020 at 9:00 a.m.

13. The Court retains jurisdiction over the parties to enforce the terms of the judgment.

IT IS SO ORDERED.

DATED: April 3, 2020

*/s/ Beth Labson Freeman*
Honorable Beth Labson Freeman
UNITED STATES DISTRICT JUDGE

3
[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT