# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANDREW QUIRUZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SPECIALTY COMMODITIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03300-BLF<br><br>**ORDER RESETTING HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT FROM SEPTEMBER 10, 2020 AT 9:00 AM TO SEPTEMBER 10, 2020 AT 1:30 PM** |

The hearing on Plaintiff's motion for final approval of class action settlement is RESET from September 10, 2020 at 9:00 a.m. to **September 10, 2020 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: July 24, 2020

_____
BETH LABSON FREEMAN
United States District Judge