Max Fischer (SBN 226003)
max.fischer@morganlewis.com
Aimee Mackay (SBN 221690)
aimee.mackay@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:  213.612.2500
Fax:  213.612.2501

Jonathan D. Lotsoff (SBN 6225493) (*Pro Hac Vice*)
jonathan.lotsoff@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
77 West Wacker Drive
Chicago, IL  60601-5094
Tel:  312.324.1000
Fax:  312.324.1001

Attorneys for Defendants Specialty Commodities, Inc. and Archer-Daniels-Midland Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW QUIRUZ, individually, and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPECIALTY COMMODITIES, INC., a North Dakota corporation; ARCHER-DANIELS-MIDLAND COMPANY, a business entity form unknown; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 5:17-cv-03300-BLF<br><br>**DEFENDANTS' MOTION TO APPEAR TELEPHONICALLY AT THE MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT HEARING**<br><br>Action Filed:      May 3, 2017<br>Date of Removal: June 7, 2017 |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD AND THE CLERK OF THE COURT:**

Defendants Specialty Commodities, Inc. and Archer-Daniels-Midland Company (collectively referred to herein as "Defendants"), hereby move for administrative relief for Defendants' counsel to appear telephonically at the September 10, 2020 1:30 p.m., Motion for Final Approval of Class and Collective Action Settlement Hearing pursuant to Local Rule 7-11.

Defendants' counsel, Max Fischer, Aimee Mackay and Jonathan D. Lotsoff, all with Morgan, Lewis & Bockius LLP, work out of the firm's Los Angeles and Chicago offices, which are out of district from the Northern District of California. Given the current COVID-19 pandemic and counsels' desire to avoid unnecessary air and other travel, Defendants respectfully request that Ms. Mackay and Mr. Lotsoff be permitted to attend the September 10, 2020 1:30 p.m. hearing via CourtCall.

Dated:  September 3, 2020                                Respectfully Submitted,

By:  /s/ Aimee Mackay
Max Fischer
Aimee Mackay
Jonathan D. Lotsoff
Attorneys for Defendants
Specialty Commodities, Inc. And
Archer-Daniels-Midland Company